■ AUDREY ROTHENBERG, by ANNA GREENFIELD, Her Guardian ad Litem, Appellant, v. BENNETT ROTHENBERG, Respondent.— Order unanimously affirmed in the exercise of discretion, without costs. No opinion. Concur — Botein, P. J., Breitel, Frank, McNally and Stevens, JJ.

■ ROSA TURTIL, Appellant, v. CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Frank, McNally and Stevens, JJ.

■ JAMES SERWER, Respondent, v. GORE-SERWER, INC., Appellant.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Frank, McNally and Stevens, JJ.

■ ANTHONY EMRICK, Respondent, v. PARAMOUNT RESTAURANT, INC., Appellant, et al., Defendants.— Order so far as appealed from unanimously reversed, with $20 costs and disbursements to the appellant, and the plaintiff's motion to vacate the dismissal and restore the action to the calendar and for related relief denied. The record in this case shows a history of more than five years of inactivity, procrastination and delay which does not commend itself to the exercise of the court's discretion on this application to vacate the dismissal pursuant to rule 302 and to restore the case to the calendar. This court has warned repeatedly that the consequence of continued failure to follow the rules that govern the course of litigation will be dismissal of the action (*Harrington* v. *Kaufman*, 5 A D 2d 195; *Lopez* v. *Vesce*, 4 A D 2d 1032; *Goldfarb* v. *Mallin*, 3 A D 2d 735). Plaintiff was previously warned in this very case against lack of diligence and inattention to the rules. He has had to be prodded at every stage of the litigation, offering oversight and lack of knowledge as excuses for continued defaults. No additional facts were set forth on the motion for reconsideration to warrant a change from the original decision denying plaintiff's application. Concur — Botein, P. J., Breitel, Frank, McNally and Stevens, JJ.

■ LOLA WALLS et al., Appellants, v. GEORGE BEVEL et al., Respondents. — Order unanimously affirmed, with $20 costs and disbursements to the respondents, with leave to plaintiffs to renew on competent medical proof explicitly developing both diagnosis and prognosis of the alleged aggravation and provided plaintiffs have first obtained leave and served a further and amended bill of particulars which will support such renewed motion. Concur — Botein, P. J., Breitel, Frank, McNally and Stevens, JJ.

■ JOSEPH DRAKE, Appellant, v. TREADWELL CONSTRUCTION COMPANY, Respondent.— Order unanimously affirmed, with $50 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Frank, McNally and Stevens, JJ.

■ ELEANOR M. WINKELMAN, Respondent, v. BERNARD WINKELMAN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Frank, McNally and Stevens, JJ.

■ CECIL ROSENTHAL, Respondent, v. JO-MEL FROCKS, INC., Appellant. — This is an appeal from a Special Term order granting a motion to dismiss for failure to prosecute unless the plaintiff served and filed a note of issue for the March, 1958 Term, together with a statement of readiness. The order is unanimously modified so as to provide that the motion be granted unless the plaintiff serves and files a note of issue for the September, 1958 Term together with a statement of readiness, if a note of issue and statement have not heretofore been served and filed. In addition thereto, within 20 days after the service of a copy of the order to be entered herein, the plaintiff shall